IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-114-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LONNIE FAIRCLOTH | MOTION TO CHANGE PLEA AND<br>WAIVE PRESENTENCE INVESTIGATION |

Mr. Lonnie Faircloth, through counsel, hereby asks this Honorable Court to allow the Defendant to change his plea to guilty pursuant to a plea agreement with the Government whereby the Defendant will plead guilty to a Criminal Information and the pending indictment will be dismissed. Mr. Faircloth hereby waives the presentence investigation and accompanying report by U.S. Probation and requests that the Court sentence the Defendant immediately after arraignment. Mr. Faircloth will be prepared to present information and evidence relevant to the sentencing factors listed in 18 U.S.C. § 3553(a).

Respectfully submitted, this the 11th day of February, 2021.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Hart Miles
Hart Miles
N.C. State Bar #23342
P.O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
hart.miles@cheshirepark.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing Motion to Change Plea and Waive Presentence Investigation with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Robert J. Dodson at Robert.Dodson@usdoj.gov.

This the 11th day of February, 2021.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Hart Miles
Hart Miles
N.C. State Bar #23342
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
hart.miles@cheshirepark.com