IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-114-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| LONNIE FAIRCLOTH | |

IT IS HEREBY ORDERED that the Defendant be allowed to change his plea and waive the presentence investigation and accompanying report before sentencing. The case is set for the February 18 term of court at 10:00 a.m.

SO ORDERED this the 13 day of February, 2021.

JAMES C. DEVER III
United States District Judge