IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-00114-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | |
| LONNIE FAIRCLOTH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 55.2, undersigned counsel, on behalf of the Defendant, Lonnie Faircloth, hereby requests that Docket Entry Number 54 and its accompanying exhibits be sealed because the information contained therein constitutes sensitive information that outweighs the public right of access. A proposed order is attached.

WHEREFORE, undersigned counsel on behalf of the Defendant respectfully request that the Court seal Docket Entry Number 54 and its accompanying exhibits.

RESPECTFULLY submitted, this the 17th day of February, 2021.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Hart Miles
Hart Miles
N.C. Bar No. 23342
P.O. Box 1029
Raleigh, N.C. 27602
(919) 833-3114
(919) 832-0739 fax
Hart.Miles@cheshirepark.com

*Attorney for Lonnie Faircloth*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Undersigned will send filing to Assistant United States Attorney Robert Dodson via email: (Robert.Dodson@usdoj.gov).

This the 17th day of February, 2021.

/s/ Hart Miles
Hart Miles
CHESHIRE PARKER SCHNEIDER, PLLC