IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-00114-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LONNIE FAIRCLOTH, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant's motion to file Docket Entry Number 54 and its accompanying exhibits under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 54 and its accompanying exhibits shall be filed under seal.

SO ORDERED. This 17 day of February 2021.

JAMES C. DEVER, III
United States District Judge