IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-00114-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| LONNIE FAIRCLOTH | |

Having considered the Defendant's unopposed motion for return of his passport pursuant to Federal Rule of Criminal Procedure 41(g), and having found that good cause exists, the Court hereby GRANTS the Motion and Orders the U.S. Probation Office for the Eastern District of North Carolina to return to Mr. Faircloth his passport.

SO ORDERED. This the 26 day of February, 2021.

JAMES C. DEVER III
United States District Judge